UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-61767-RAR

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

_____/

### NOTICE OF SETTLEMENT

Defendant Target Corporation, by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, Raymond T. Mahlberg and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated: October 9, 2020

*/s/ Beth S. Joseph*
Anne Marie Estevez
Florida Bar No. 991694
Beth S. Joseph
Florida Bar No. 00062952
anne.estevez@morganlewis.com
beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendant*

DB1/ 116496996.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         *s/ Beth S. Joseph*
                                         Beth S. Joseph

## SERVICE LIST

Acacia Barros, Esq.
Acacia Barros, P.A.
11120 N. Kendall Drive
Suite 201
Miami, Florida 33176
Tel: 305.639.8381
ab@barroslawfirm.com

*Counsel for Plaintiff*