UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61767-RAR

**RAYMOND T. MAHLBERG**,

    Plaintiff,

v.

**TARGET CORPORATION**,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 22]. The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs of suit. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of November, 2020.

                                          _____
                                          **RODOLFO A. RUIZ II**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record